**Mahendra Rudra SHARMA, Plaintiff-Appellant,**

v.

**Alexander STEVAS, Clerk of the United States Supreme Court, Defendant-Appellee.**

No. 85–2296.

United States Court of Appeals, Ninth Circuit.

Submitted May 5, 1986 *.

Decided June 9, 1986.

Mahendra Rudra Sharma, in pro. per.

No appearance for defendant-appellee.

Before WALLACE, HUG, and KOZINSKI, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. Fed.R. App.P. 34(a) and Ninth Circuit Rule 3(f).

## ORDER

The judgment of the district court dismissing Sharma's Federal Tort Claims Act action with prejudice is affirmed. The defendant Clerk of the United States Supreme Court has absolute quasi-judicial immunity because his challenged activities were an integral part of the judicial process. *Morrison v. Jones*, 607 F.2d 1269, 1273 (9th Cir.1979), *cert. denied*, 445 U.S. 962, 100 S.Ct. 1648, 64 L.Ed.2d 237 (1980).